# United States District Court
# For The Western District of North Carolina
# Asheville Division

HERMENEGLIDO RICO MARTINEZ,

    Plaintiff(s),

vs.

SANDY THOMAS, Superintendent
Lumberton Correctional Inst., et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:08cv177-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2008 Order.

June 19, 2008

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk